**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-2103**

In re: STEVEN SAKASKI ROBINSON, a/k/a Worm,

Petitioner,

On Petition for Writ of Mandamus.
(4:06-cr-01322-TLW-1; 4:18-cv-03246-TLW)

Submitted: February 18, 2020                    Decided: February 20, 2020

Before MOTZ, HARRIS, and QUATTLEBAUM, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Steven Sakaski Robinson, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Stephen Sakaski Robinson petitions for a writ of mandamus, alleging that the district court has unduly delayed in ruling on his 28 U.S.C. § 2255 (2018) motion. He seeks an order from this court directing the district court to act. The present record does not reveal undue delay in the district court. Accordingly, although we grant Robinson leave to proceed in forma pauperis, we deny the mandamus petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*